**Order entered October 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00172-CR

**CHARLES VERNON HAYNES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-80283-2013**

## ORDER

This appeal is **REINSTATED**.

By order issued September 26, 2014, we abated this appeal and ordered the trial court to conduct a hearing to determine why appellant's brief was not timely filed. A supplemental reporter's record has been filed with the Court showing the trial court conducted a hearing and recommended appellant receive an extension of time to file his brief until October 16, 2014.

On October 16, 2014, appellant tendered a brief and filed a third motion for extension of time to file his brief.

We **ADOPT** the trial court's recommendation. Appellant's October 16, 2014 third motion for extension of time to file appellant's brief is **GRANTED**. Appellant's brief received by the Clerk of the Court on October 16, 2014 is **DEEMED** timely filed on the date of this order.

The State's brief shall be due **THIRTY DAYS** from the date of this order.

/s/     LANA MYERS
JUSTICE